1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9   ERIC FLORES,                          Case No. 3:15-cv-00523-MMD-WGC

10                          Plaintiff,     ORDER ACCEPTING AND ADOPTING
                                           REPORT AND RECOMMENDATION
11          v.                             OF MAGISTRATE JUDGE
                                           WILLIAM G. COBB
    UNITED STATES ATTORNEY GENERAL,
12  et al.,

13                          Defendants.

14

15          Before the Court is the Report and Recommendation of United States Magistrate

16  Judge William G. Cobb (ECF No. 4) ("R&R") relating to plaintiff's application to proceed

17  *in forma pauperis* (dkt. no. 1) and *pro se* initiating documents title by Plantiff as "Judicial

18  Notice of Leave of Courts Previous Order of any Fileing [sic] Restriction Against the

19  Petitioner to File Petition That is Seeking Relief from Imminent Danger Such as Death in

20  the Pulic Interest of Health and Safety." (ECF No. 1-1.) Plaintiff had until March 25, 2016,

21  to file an objection. To date, no objection to the R&R has been filed.[1]

22          This Court "may accept, reject, or modify, in whole or in part, the findings or

23  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

24  timely objects to a magistrate judge's report and recommendation, then the court is

25  required to "make a *de novo* determination of those portions of the [report and

26  recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

27  ─────────────────
            [1]The R&R (ECF No. 4) that was mailed to Plaintiff was returned as undeliverable.
28  (ECF No. 5.)

to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R and Plaintiff's filings, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 4) is accepted and adopted in its entirety.

It is further ordered that plaintiff's application to proceed *in form pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk detach and file Plaintiff's initiating document (ECF No. 1-1).

It is further ordered that this action is dismissed with prejudice.

///

///

///

The Clerk is directed to close this case.

DATED THIS 9th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE